Deutsche Bank Natl. Trust Co. v Spanos (2025 NY Slip Op 04547)

Deutsche Bank Natl. Trust Co. v Spanos

2025 NY Slip Op 04547

Decided on August 6, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LINDA CHRISTOPHER
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2022-04031
 (Index No. 6034/10)

[*1]Deutsche Bank National Trust Company, etc., appellant, 
v
Demetres Spanos, et al., respondents, et al., defendants.

Hinshaw & Culbertson LLP, New York, NY (Fernando C. Rivera-Maissonet and Schuyler B. Kraus of counsel), for appellant.
Sperber, Hoffman, Stein & Scampoli, LLP, Garden City, NY (Leonard R. Sperber and Taylor Imbasciani of counsel), for respondent Demetres Spanos.
Ronald D. Weiss, P.C., Melville, NY, for respondent Isadora Sidroula Spanos.

DECISION & ORDER
In an action to foreclose a mortgage, the plaintiff appeals from an order of the Supreme Court, Nassau County (David P. Sullivan, J.), entered May 13, 2022. The order granted the separate motions of the defendant Demetres Spanos and the defendant Isadora Sidroula Spanos for an award of attorneys' fees pursuant to Real Property Law § 282 to the extent of directing a hearing on that issue.
ORDERED that the appeal is dismissed, without costs or disbursements.
The defendant Demetres Spanos correctly contends that this appeal must be dismissed. "'An order which directs a judicial hearing to aid in the disposition of a motion is not appealable as of right because it does not decide the motion, and does not affect a substantial right'" (Akerman v Akerman, 53 AD3d 633, 633, quoting D'Agnese v Spinelli, 308 AD2d 561, 562). Thus, the order entered May 13, 2022, is not appealable as of right, and leave to appeal has not been granted (see Perry v McMahan, 164 AD3d 1488, 1489).
BARROS, J.P., CHRISTOPHER, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court